```
 1  BRIDGET KENNEDY
    California State Bar No. 253416
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101-5030
    Telephone (619) 234-8467
 4  Facsimile (619) 687-2666
    bridget_kennedy@fd.org
 5
 6  Attorneys for Mr. Cesar Abraham Torres-Adame
 7
 8                    UNITED STATES DISTRICT COURT
 9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )   Case No. 08mj2184
                                     )
12            Plaintiff,             )
                                     )
13  v.                               )
                                     )   NOTICE OF APPEARANCE
14  CESAR ABRAHAM TORRES-ADAME,      )
                                     )
15            Defendant.             )
                                     )
16
17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18  Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19  the above-captioned.
20                                       Respectfully submitted,
21  Dated: July 22, 2008                  s/ Bridget Kennedy
                                          Federal Defenders of San Diego, Inc.
22                                        bridget_kennedy@fd.org
23
24
25
26
27
28
```

**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Cesar Abraham Torres-Adame

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj2184 |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| **CESAR ABRAHAM TORRES-ADAME,** ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: July 22, 2008          *s/ Bridget L. Kennedy*
**BRIDGET L. KENNEDY**
Federal Defenders of San Diego, Inc.,
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail:bridget_kennedy@fd.org